AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| United States of America<br>v.<br><br>CHARLES ALLEN JOHNSON<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.  2:22-mj-504-EJY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>NANCY J. KOPPE, U.S. Magistrate Judge | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | June 29, 2022 at 11:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  June 24, 2022

_____
*Judge's signature*

NANCY J. KOPPE, U.S. Magistrate Judge
*Printed name and title*

____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
          COUNSEL/PARTIES OF RECORD

JUN 2 4 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY